**Order entered December 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-00362-CR
No. 05-11-00363-CR

**MARCUS JAMERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-14439-M and F10-14440-M**

## ORDER

The Court grants the Appellant's Motion for an Extension of Time to File Supplemental

Brief. The Appellant's Supplemental Brief will be deemed timely for Case Nos. 05-11-00362-

CR and 05-11-00363-CR.

/s/      DAVID EVANS
         JUSTICE